UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

11 JUN 22 PM 2: 15

UNITED STATES OF AMERICA

INDICTMENT

vs.

NO. 3:11CR-79-H

8 U.S.C. § 1324(a)(1)(A)(iii)
8 U.S.C. § 1324(a)(1)(A)(v)(I)
8 U.S.C. § 1324(a)(1)(A)(v)(II)
8 U.S.C. § 1324(a)(1)(B)(i)
8 U.S.C. § 1324(b)
18 U.S.C. § 982(a)(6)
28 U.S.C. § 2461

**JAVIER JULIO ARCE**
**CHRISTINA MIER ARCE**

The Grand Jury charges:

## COUNT 1
(Conspiracy to Harbor For Financial Gain)

1. Beginning in or about June 1994 and continuing through in or about January 2006, in Hardin County, in the Western District of Kentucky and elsewhere, defendants **JAVIER JULIO ARCE** and **CHRISTINA MIER ARCE**, knowingly did combine, conspire, and agree together and with others, known and unknown to the grand jury, to conceal, harbor, and shield from detection "I.L.," an alien national whose identity is known to the grand jury, knowing and in reckless disregard of the fact that "I.L.," an alien, came to, entered, and remained in the United States in violation of law, for the purpose of private financial gain.

2. As part of the conspiracy:

a. The defendants employed a female Bolivian national, "I.L.," as a live-in domestic worker between in or about June 1994 and in or about January 2006. The defendants made "I.L." responsible for caring for the defendants' children, cleaning the defendants' home, preparing meals and other domestic duties. As part of her job duties, the defendants also directed "I.L" to clean defendant **JAVIER JULIO ARCE**'s medical office weekly.

b. The Bolivian national, known as "I.L." lived and worked in the defendants' residence.

c. The defendants promised "I.L." a monthly salary, but did not compensate her more than approximately twenty thousand dollars over the duration of her 12 years of labor and services.

d. The defendants falsely represented to "I.L." that her salary was being deposited in a separate bank account that they maintained in her name and for her benefit, knowing that no such account existed.

e. Defendant **CRISTINA MIER ARCE** maintained control of "I.L.'s" passport, refused to return it despite "I.L.'s" repeated requests, and falsely told "I.L." that the passport had been lost.

f. The defendants coerced "I.L." into remaining in their service by telling her that she would be arrested and deported if she left the house.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

The Grand Jury further charges:

## COUNT 2
(Harboring Alien for Financial Gain)

Between in or about June 1994 and continuing through in or about January 2006, in Hardin County, in the Western District of Kentucky and elsewhere, defendants **JAVIER JULIO ARCE** and **CHRISTINA MIER ARCE**, aiding and abetting one another, knowing and in reckless disregard of the fact that "I.L.," an alien whose identity is known to the grand jury, came to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield "I.L." from detection in their residence at 718 Freeman Lake Road in Elizabethtown, Kentucky, and elsewhere, for the purpose of private financial gain.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324 (a)(1)(B)(i), and 1324(a)(1)(A)(v)(II).

The Grand Jury further charges:

## COUNT 3
(Harboring Alien for Financial Gain)

Between in or about March 2006 and continuing through in or about February 2009, in Hardin County, in the Western District of Kentucky and elsewhere, defendant **JAVIER JULIO ARCE**, knowing and in reckless disregard of the fact that "I.L.," an alien whose identity is known to the grand jury, came to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield "I.L." from detection in his residence at 2605 Stonemill Drive, Elizabethtown, Kentucky, and elsewhere, for the purpose of private financial gain.

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324 (a)(1)(B)(i).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 8, United States Code, Section 1324, as alleged in Counts 1 through 3 of this Indictment, felonies punishable by imprisonment for more than one year, the defendants, **JAVIER JULIO ARCE** and **CHRISTINA MIER ARCE**, shall forfeit to the United States, pursuant to Title 18 United States Code, Section 982(a)(6), Title 8, United States Code, Section 1324(b), and Title 28, United States Code, Section 2461, any and all property constituting, or derived from, proceeds said defendants obtained, directly or indirectly, as a result of the said offenses, and any and all of defendants' property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the said violations alleged in Counts 1 through 3 of this Indictment, including but not limited to the following:

1. Any property, real or personal, that was used to facilitate, or was intended to be used to facilitate the commission of the violations set forth in Counts 1 through 3, shall be subject to forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(6). The property subject to forfeiture includes the following:

   a. Real property including all buildings, improvements, fixtures, attachments and easements, located at or around <u>2605 Stonemill Drive, Elizabethtown, Kentucky</u>, more particularly described as:

   BEING Lot No. 37, of RIDGECREEK ESTATES SUBDIVISION, SECTION 2, Elizabethtown, Kentucky, plat of which is recorded in Plat Cabinet 1, Sheet 1503, Office of the Clerk, Hardin County, Elizabethtown, Kentucky;

   Being the same property conveyed to Javier J. Arce, married, by deed dated March 24, 2006 and recorded in Deed Book 1184, Page

4

       496 in the Office of the Hardin County Court Clerk, Elizabethtown, Kentucky.

b.    Real property including all buildings, improvements, fixtures, attachments and easements, located at or around <u>718 Freeman Lake Road, Elizabethtown, Kentucky</u>, more particularly described as:

BEING Lot No. 8, of LAKESHIRE, SECTION 1,
Elizabethtown, Hardin County, Kentucky, as
per Plat of same which is recorded in Plat
Cabinet 1, Sheet 931, Office of the Clerk,
Hardin County Court, Elizabethtown, Kentucky;

Being a part of the property conveyed to
Lakeview Heights, Inc. by deed dated May 11,
1966, recorded in Deed Book 201, Page 523,
in the Office of the Clerk of the Hardin
County Court, Elizabethtown, Kentucky.

                      A TRUE BILL.

*[signature]*

DAVID J. HALE
UNITED STATES ATTORNEY

DJH:JDJ

UNITED STATES OF AMERICA v. **JAVIER JULIO ARCE** and **CHRISTINA MIER ARCE**

## PENALTIES

Counts 1-3:   NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual          Felony: $100 per count/individual
              $125 per count/other                       $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1.  INTEREST and PENALTIES as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No INTEREST will accrue on fines under $2,500.00.

    INTEREST will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    PENALTIES of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a LIEN shall have the same force and effect as a tax lien.

3.  Continuous GARNISHMENT may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you WILLFULLY refuse to pay your fine, you shall be subject to an ADDITIONAL FINE of not more than the greater of $10,000 or twice the unpaid balance of the fine; or IMPRISONMENT for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:
1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:        Clerk, U.S. District Court
                   106 Gene Snyder U.S. Courthouse
                   601 West Broadway
                   Louisville, KY  40202
                   502/625-3500

BOWLING GREEN:     Clerk, U.S. District Court
                   120 Federal Building
                   241 East Main Street
                   Bowling Green, KY  42101
                   270/393-2500

OWENSBORO:         Clerk, U.S. District Court
                   126 Federal Building
                   423 Frederica
                   Owensboro, KY  42301
                   270/689-4400

PADUCAH:           Clerk, U.S. District Court
                   127 Federal Building
                   501 Broadway
                   Paducah, KY  42001
                   270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA
vs.
JAVIER JULIO ARCE

CHRISTINA MIER ARCE

## INDICTMENT
Title 8 U.S.C. §§ 1324(a)(1)(A)(v)(I);
1324(a)(1)(A)(iii); 1324(a)(1)(B)(i);
1324(a)(1)(A)(v)(II):
Conspiracy to Harbor an Alien for Financial Gain; Harboring an Alien for Financial Gain.

_____
*Foreman*

)11.

_____
*Clerk*

*Bail, $*

11 JUN 22 PM 2: 15